# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Patrick Birmingham

                                  Plaintiff,

v.                                                         Case No.: 1:18−cv−02852

                                                                        Honorable Marvin E. Aspen

Godfrey & Kahn, S.C., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: Motion hearing held. Motion to extend scheduling order [22] is granted. By 2/13/2020, any final motions for summary judgment with supporting briefs are to be filed in open court. Status hearing of 12/5/2019 is stricken and reset to 2/13/2020 at 10:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.