IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BIRMINGHAM, M.D., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-cv-02852 |
| GODFREY & KAHN, S.C. and JAMES JOYCE, | ) ) ) | Honorable Marvin E. Aspen |
| Defendants. | ) ) ) | |

**AGREED MOTION
TO STAY EXPERT DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, Godfrey & Kahn, S.C. and James Joyce (collectively "Defendants"), and Plaintiff, Patrick Birmingham, M.D. ("Plaintiff"), respectfully move this Court for an order staying expert discovery because the parties have agreed to mediate the case:

1. On May 9, 2019, this Court granted the parties' Joint Motion to Extend Scheduling Order and further ordered that any final motions for summary judgment are to be filed in open court by February 13, 2020. [D.E. 24 accepting dates proposed by D.E. 22.] Pursuant to that order, the following schedule was entered:

| | |
|---|---|
| Fact discovery cutoff: | July 8, 2019 |
| Disclosure of expert reports: | August 12, 2019 |
| Completion of expert depositions: | September 15, 2019 |
| Disclosure of rebuttal expert reports: | October 14, 2019 |
| Completion of rebuttal expert depositions: | November 18, 2019; and |
| Deadline to file dispositive motions: | February 13, 2020. |

2. On July 7, 2019, this Court granted Defendants' Motion for Leave to take the remaining fact witness deposition by July 10, 2019 [D.E. 27].

3. The parties have now agreed to participate in mediation in an attempt to resolve this matter prior to engaging in expert discovery. The parties are working together to schedule the mediation for a date in early- to mid- September.

4. Accordingly, the parties request that the expert discovery schedule set by the May 9, 2019 Scheduling Order be stayed sixty (60) days, until October 8, 2019.

5. The parties do not seek this extension for purposes of delay, and no party will be prejudiced by an Order staying the previously set expert deadlines for sixty (60) days. Rather, the purpose of the extension is to enable the parties to attempt to resolve this matter.

WHEREFORE, Defendants, Godfrey & Kahn, S.C. and James Joyce, and Plaintiff, Patrick Birmingham, M.D., respectfully request that the Court grant this Agreed Motion to Stay Expert Discovery and stay the previously set expert discovery schedule by sixty (60) days.

Dated: August 5, 2019

| | |
|---|---|
| */s/ Kyle D. Wallenberg* | */s/ Julie M. Mallen* |
| One of the Attorneys for Plaintiff Patrick Birmingham, M.D. | One of the Attorneys for Defendants Godfrey & Kahn, S.C. and James Joyce |
| Kyle David Wallenberg<br>Matthew G. McAndrews<br>NIRO MCANDREWS, LLP<br>155 N. Wacker Drive, Suite 4250<br>Chicago, IL 60606<br>*kwallenberg@niro-mcandrews.com*<br>*mmcandrews@niro-mcandrews.com* | Robert J. Palmersheim<br>Anand C. Mathew<br>Julie M. Mallen<br>PALMERSHEIM & MATHEW LLP<br>401 North Franklin Street, Suite 4S<br>Chicago, Illinois 60654<br>Tel: 312.319.1791<br>*rjp@thepmlawfirm.com*<br>*acm@thepmlawfirm.com*<br>*jmm@thepmlawfirm.com* |

## CERTIFICATE OF SERVICE

    I, Julie M. Mallen, an attorney, hereby state that I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system on August 5, 2019, which will automatically forward notice to all attorneys of record.

                                                      */s/ Julie M. Mallen*