**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK BIRMINGHAM, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-cv-02852 |
| | ) | |
| GODFREY & KAHN, S.C. and JAMES JOYCE, | ) | Honorable Marvin E. Aspen |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on August 8, 2019, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or such other judge as may be sitting in his stead, in the courtroom usually occupied by him in Room 2568 of the Dirksen Federal Building, and present the attached **Agreed Motion to Stay Expert Discovery**, a copy of which is hereby served upon you.


Dated: August 5, 2019

/s/ Julie M. Mallen
One of the Attorneys for Defendants
Godfrey & Kahn, S.C. and James Joyce

Robert J. Palmersheim
Anand C. Mathew
Julie M. Mallen
PALMERSHEIM & MATHEW LLP
401 North Franklin Street, Suite 4S
Chicago, Illinois 60654
Tel: 312.319.1791
rjp@thepmlawfirm.com
acm@thepmlawfirm.com
jmm@thepmlawfirm.com

2

## CERTIFICATE OF SERVICE

I, Julie M. Mallen, an attorney, hereby state that I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system on August 5, 2019, which will automatically forward notice to all attorneys of record.

/s/ Julie M. Mallen