**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICK BIRMINGHAM, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 18-cv-02852 |
| ) | |
| GODFREY & KAHN, S.C. and JAMES ) | Honorable Marvin E. Aspen |
| JOYCE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED MOTION TO STAY EXPERT DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, Godfrey & Kahn, S.C. and James Joyce (collectively "Defendants"), and Plaintiff, Patrick Birmingham, M.D. ("Plaintiff"), respectfully move this Court for an order extending previously set deadlines.

1. On May 9, 2019, this Court granted the parties' Joint Motion to Extend Scheduling Order and further ordered that any final motions for summary judgment are to be filed in open court by February 13, 2020. [D.E. 24 accepting dates proposed by D.E. 22.] Pursuant to that order, the following schedule was entered:

| | |
|---|---|
| Fact discovery cutoff: | July 8, 2019 |
| Disclosure of expert reports: | August 12, 2019 |
| Completion of expert depositions: | September 15, 2019 |
| Disclosure of rebuttal expert reports: | October 14, 2019 |
| Completion of rebuttal expert depositions: | November 18, 2019; and |
| Deadline to file dispositive motions: | February 13, 2020. |

2. With leave of the Court, fact discovery was completed by July 10, 2019. [D.E. 27 granting Defendants' Motion for Leave to take remaining fact witness deposition.]

3.      On August 6, 2019, upon being advised of the parties' desire to participate in mediation prior to engaging in expert discovery, the Court stayed expert discovery until October 8, 2019 while the parties explored mediation options. [D.E. 37.]

4.      While the parties worked cooperatively in scheduling the mediation, due to issues in agreeing upon a mediator, the agreed-upon mediator's availability, and scheduling conflicts of all required to attend the mediation, the parties were not able to schedule a mediation until November 14, 2019.

5.      Accordingly, the parties request that expert discovery be stayed until December 9, 2019 to allow the parties the opportunity to continue settlement discussions after the mediation, if necessary. The parties further request that this matter be set for a status hearing on a date after December 9, 2019 for the parties to provide the Court with an update.

6.      The parties do not seek this extension for purposes of delay, and no party will be prejudiced by an Order extending the stay of expert deadlines until December 9, 2019. Rather, the purpose of the extension is to enable the parties to attempt to resolve this matter.

WHEREFORE, Defendants, Godfrey & Kahn, S.C. and James Joyce, and Plaintiff, Patrick Birmingham, M.D., respectfully request that the Court grant this Agreed Motion to Stay Expert Discovery; stay the previously set expert discovery schedule until December 9, 2019; and schedule a status hearing on a date after December 9, 2019.

Dated: September 25, 2019

*/s/ Kyle D. Wallenberg*
One of the Attorneys for Plaintiff Patrick Birmingham, M.D.

Kyle D. Wallenberg
Matthew G. McAndrews
NIRO MCANDREWS, LLP
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
*kwallenberg@niro-mcandrews.com*
*mmcandrews@niro-mcandrews.com*

Derek Gilliland (admitted *pro hac vice*)
Texas State Bar No. 24007239
NIX PATTERSON LLP
222 N. Fredonia Street
Longview, TX 75601
*dgilliland@nixlaw.com*

*/s/ Julie M. Mallen*
One of the Attorneys for Defendants Godfrey & Kahn, S.C. and James Joyce

Robert J. Palmersheim
Anand C. Mathew
Julie M. Mallen
PALMERSHEIM & MATHEW LLP
401 North Franklin Street, Suite 4S
Chicago, IL 60654
Tel: 312.319.1791
*rjp@thepmlawfirm.com*
*acm@thepmlawfirm.com*
*jmm@thepmlawfirm.com*

3

## CERTIFICATE OF SERVICE

I, Julie M. Mallen, an attorney, hereby state that I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system on September 25, 2019, which will automatically forward notice to all attorneys of record.

*/s/ Julie M. Mallen*