**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |   |
|---|---|---|
| PATRICK BIRMINGHAM, M.D. ) | Civil Action No. 18-CV-02852 |
| Plaintiff, ) | HONORABLE MARVIN E. ASPEN |
| v. ) |   |
| GODFEY & KAHN, S.C. and JAMES JOYCE ) |   |
| Defendants ) |   |

___

**NOTICE OF CHANGE OF ADDRESS**
___

The following counsel hereby submits this Notice of Change of Address.

Derek Gilliland
Sorey Law Firm
109 W. Tyler Street
Longview, Texas 75601
903.212.2822 (Telephone)
903.212.2864 (Facsimile)
dgilliland@nixlaw.com

Dated: November 6, 2019

Respectfully submitted,
 _/s/   Derek Gilliland_
**Derek Gilliland**
Texas State Bar No. 24007239
dgilliland@soreylaw.com
**Sorey Law Firm PLLC**
109 W. Tyler Street
Longview, Texas 75601
903.212.2822 (Telephone)
903.212.2864 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served upon all counsel of record via the electronic filing system on this the 6th day of November, 2019.

                                                        */s/ Derek Gilliland*
                                                        Derek Gilliland